IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:03CR264-02 |
| | ) | |
| Plaintiff, | ) | Judge Adams |
| | ) | |
| vs. | ) | |
| | ) | |
| Michael J. Kotula, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

Upon application of the United States of America, and for good cause,

**IT IS ORDERED** that the sum of $54,354.42 may be distributed from the registry of the Court in the within case to the Internal Revenue Service, c/o John DePowell, P.O. Box 5399, Stop 83G, Cincinnati, Ohio; as part payment of restitution ordered in the within case. The balance of the $20,000.00 shall remain on deposit pending a determination of the capital gains owed by Mr. & Mrs. Michael J. Kotula, arising out of the sale of real estate located at 1542 & 1544 East 204th Street, Euclid, Ohio.

**IT IS FURTHER ORDERED** that any monies paid as capital gains tax from the sale of the real estate shall not be credited against the restitution owed in the within case.

                                              s/John R. Adams 6/7/05
                                              JOHN R. ADAMS
                                              United States District Judge